<u>In reference to Civil Action No.  1:13-cv-00311-wyd-meh, Request for Extension to  Respond</u>

Malibu Media, LLC

Plaintiff

v.

Craig Rubis

Defendant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 9 2013

JEFFREY P. COLWELL
CLERK

<u>Request Extension to Respond to Summons</u>

I would like to request an extension to respond to the summons in the civil action brought against me by Malibu Media, LLC.  I am requesting this extension in order to seek counsel for a proper response to this matter.  I have contacted the Plaintiffs attorney, Jason Kotzker, and he has consented to a 30 day extension to respond to the summons.

Craig Rubis

PO BOX 3942

Breckenridge, CO 80424

102 ½ Gold Run Circle

Dillon, CO 80435

970-485-3710

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages,** including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1.
   Date of Transmission: _____6/19/2013_____

2.
   Name of attorney or *pro se* party making the transmission: _____Craig Rubis_____

   Facsimile number: _____—_____          Telephone number: _____970-485-5710_____

3.
   Case number, caption, and title of pleading or paper:

   _____113-CV-00311-wyd-meh, Request for Extension to Respond_____

4.
   Number of pages being transmitted, including the facsimile cover sheet: _____2_____

   Instructions, if any: _____Please call 970-485-3710 if any fees are due_____

(Rev. (12/08)