IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00311-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

CRAIG RUBIS,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2014.**

      Plaintiff's Unopposed Motion for Leave to Appear Telephonically at the Settlement Conference Scheduled for February 13, 2014 [filed February 6, 2014; docket #36] is **granted**. The Plaintiff may appear by telephone at the settlement conference scheduled for February 13, 2014. Plaintiff's counsel shall ensure that his client is available by telephone throughout the entirety of the conference. As a cautionary note, however, if the lack of physical presence of such person becomes a hindrance to the progress of settlement negotiations, the conference may be recessed and re-convened at a time when the Plaintiff can be present, and costs of the recessed conference may be assessed against the Plaintiff.