IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00311-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

CRAIG RUBIS,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Dismissal filed March 31, 2014, which I will construe as a stipulation to dismiss the case.  After a careful review of the stipulation and the file, it is

ORDERED that the Stipulated Dismissal (ECF No. 41) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to pay its own fees and costs.

Dated:  April 1, 2014

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge